**No. 61172.**—Alfred C. Toepfer, Inc., and Lansen Naeve Corp. et al. *v.* United States, protests 306364–K, etc. (New York).

412

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of monofilament fishing lines the same in all material respects as those the subject of Abstract 60183, the claim of the plaintiffs was sustained.